

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————

No. 02-18-00347-CV

———————————————

NORTH DALLAS TRADING COMPANY D/B/A BIG D LUMBER COMPANY,
Appellant

V.

ROSS P. GRIFFITH, ADMINISTRATOR OF THE ESTATE OF JOHN
CHRISTOPHER PARSHALL, DECEASED, Appellee

---

On Appeal from Probate Court No. 2
Tarrant County, Texas
Trial Court No. 2017-PR00106-2-A

---

Before Womack, J.; Sudderth, C.J.; and Gabriel, J.
Per Curiam Memorandum Opinion

# MEMORANDUM OPINION AND JUDGMENT

We have considered the parties' "Joint Motion to Dismiss Appeal." We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1), 43.2(f).

Each party must bear its own costs of appeal. *See* Tex. R. App. P. 42.1(d), 43.4.

Per Curiam

Delivered: January 31, 2019